ALOIS DUNST, Appellant, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of Interborough Rapid Transit Co., Respondent, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SIGMUND REISS, Appellant, v. MILTON SEAMAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

OTTO FRANK, Suing on Behalf of Himself and All Other Stockholders of NIAGARA HUDSON POWER CORPORATION and of NORTHERN NEW YORK UTILITIES, INC., Appellant, v. FLOYD L. CARLISLE and Others, Respondents, Impleaded with Others, Defendants.— Judgments unanimously reversed, without costs and orders modified by striking out the last paragraph of each order and by providing that plaintiff have leave to serve an amended complaint within twenty days from service of order, with notice of entry, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS L. TIEMAN, Respondent, v. DAVIES, TURNER & COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion to strike out the first partial defense denied, on the ground that the Statute of Limitations is sufficiently pleaded. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JUNIOR C. MILLER, an Infant, by His Guardian ad Litem, JUNIOR B. MILLER, and JUNIOR B. MILLER, Respondents, v. METROPOLITAN DISTRIBUTORS, INC., and COLONIAL BEACON OIL COMPANY, INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of THE BANK OF THE UNITED STATES in Liquidation. In re: The Application of HARRY S. FISCHER, to Compel Payment to Him of the 6th Dividend. HARRY S. FISCHER, Appellant; WILLIAM R. WHITE, Superintendent of Banks of the State of New York and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Estate of JESSIE REED, Also Known as JESSIE BURKE, Deceased. WILLIAM J. BURKE, Appellant; THOMAS J. LEWIS, Respondent.— Orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HELEN ANDERSON and KATE M. ANDERSON, Appellants, v. JAMES W. TAIT & Co., INC., and JAMES W. TAIT, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of RICHARD LOEB, as Administrator, etc., of BETTINA MARX, Deceased, Appellant, for an Order against THE TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.